THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE B. WILLIAMS, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 18, 1926; decided November 16, 1926.)

APPEAL from a judgment of the Court of General Sessions of the county of New York, rendered April 8, 1926, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Albert E. Schwartz* and *Arthur H. Parkhurst* for appellant.

*Joab H. Banton,* District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.